THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MANUEL FERNANDEZ
AND AMY FERNANDEZ                                                              PLAINTIFFS

v.          Case No. 4:22-cv-00314-KGB
            Case No. 4:20-md-2949 KGB

WRIGHT MEDICAL TECHNOLOGY, INC., *et al.*                          DEFENDANTS

## ORDER

Before the Court is a stipulation of dismissal with prejudice (Dkt. No. 5). The stipulation of dismissal accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear its own costs and fees.

It is so ordered this 15th day of February, 2023.

*[signature]*
Kristine G. Baker
United States District Judge